UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff(s),

v.

KENYA BROWN,

          Defendant(s).

REPORT & RECOMMENDATION
13-CR-6006

Currently before the Court is a motion by defendant Kenya Brown to suppress identification evidence. (Docket # 187). A suppression hearing was held on May 29, 2015. For the reasons set forth on the record during the May 29th suppression hearing, it is my Report and Recommendation that defendant's motion to suppress identification evidence (Docket # 187) be **denied**. Any objections to the undersigned's Report and Recommendation must be filed with the Clerk of this Court within fourteen (14) days after receipt of this Order. Should the defendant file objections to the Report and Recommendation, the Government shall order a transcript of the May 29, 2015 suppression hearing for review by Judge Wolford. This Court reserves the right to edit the Report and Recommendation portion of the transcript for accuracy and citations.

SO ORDERED.

                                                _____
                                                JONATHAN W. FELDMAN
                                                United States Magistrate Judge

Dated: June 4, 2015
       Rochester, New York